■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK A. FRAYER, Appellant. [617 NYS2d 677] —Judgment unani-

mously affirmed for reasons stated at Cayuga County Court, Corning, J. (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Lawton, Wesley and Davis, JJ.